B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## Northern District of Georgia

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Higher Living Christian Church, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>FKA New Birth South Metropolitan Church, Inc. | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>58-2588520 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>2455 Mt. Carmel Road<br>Hampton, GA 30228<br>ZIP CODE 30228-0000 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Henry | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): 2455 Mt. Carmel Road Hampton, GA 30228

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [x] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**B1 (Official Form 1) (04/13)** Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Higher Living Christian Church, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br> X _____ <br> Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Higher Living Christian Church, Inc. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br>_____<br>Telephone Number (If not represented by attorney)<br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br>_____<br>(Printed Name of Foreign Representative)<br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ Gus H. Small<br>Signature of Attorney for Debtor(s)<br>Gus H. Small 653200<br>Printed Name of Attorney for Debtor(s)<br>Cohen Pollock Merlin & Small, PC<br>Firm Name<br>3350 Riverwood Parkway<br>Suite 1600<br>Atlanta, GA 30339<br>Address<br>Email:gsmall@cpmas.com<br>770-858-1288 Fax:770-858-1277<br>Telephone Number<br>January 5, 2015<br>Date<br><br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X /s/ Andre Landers<br>Signature of Authorized Individual<br>Andre Landers<br>Printed Name of Authorized Individual<br>CEO and Chairman of Board of Directors<br>Title of Authorized Individual<br>January 5, 2015<br>Date | |

**CERTIFIED COPY OF RESOLUTIONS**
**OF THE BOARD OF DIRECTORS OF**
**HIGHER LIVING CHRISTIAN CHURCH, INC.**

I, Andre Landers, CEO and Chairman of the Board of Directors of Higher Living Christian Church, Inc. (the "Company"), do hereby certify that the following resolutions were duly adopted by the Company at a meeting of the Board of Directors of the Company duly called and held on December 30, 2014 and that such resolutions have not been amended or rescinded and are now in full force and effect:

"RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia, substantially in the form attached hereto, with such modification as shall be determined to be necessary and proper by an officer of the Company executing same, the signature of such officer to evidence such approval; and further

RESOLVED, that the law firm of Cohen Pollock Merlin & Small, P.C. is authorized and directed to file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Court in the United States Bankruptcy Court for the Northern District of Georgia; and further

RESOLVED, that the Company, and any officer which it may designate, be and is authorized and directed to retain on behalf of the Company the law firm of Cohen Pollock Merlin & Small, P.C. to render legal services to, and to represent, the Company in connection with such proceedings and other related matters in connection therewith, on such terms as such officer shall approve; and further

RESOLVED, that the Company, and any officer which it may designate, be and hereby is authorized and directed to take any and all such further action and to execute and deliver any and all such instruments and documents and to pay all fees and expenses as in his/her judgment shall be necessary or desirable, in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and further

RESOLVED, that all acts heretofore lawfully done or actions lawfully taken by the Company in connection with the reorganization of the Company or any matter related thereto, including the previous engagement of the law firm of Cohen Pollock Merlin & Small, P.C., or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved."

IN WITNESS WHEREOF, the foregoing resolutions are effective as of the 5th day of January, 2015.

HIGHER LIVING CHRISTIAN CHURCH, INC.,
a Georgia Corporation

By: _____
Andre Landers
CEO and Chairman of the Board of Directors

1170256.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  Higher Living Christian Church, Inc.      Case No.
                         Debtor(s)      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Evangelical Christian Credit 955 West Imperial Highway Brea, CA 92821-3815 | Evangelical Christian Credit 955 West Imperial Highway Brea, CA 92821-3815 | 2455 Mt. Carmel Road Hampton, GA 30228 | | 21,472,406.53 (7,900,000.00 secured) |
| J.G. Management, Inc. P.O. Box 535674 Atlanta, GA 30353-5674 | J.G. Management, Inc. P.O. Box 535674 Atlanta, GA 30353-5674 | Lease agreement for property at 2450 Mt. Zion Parkway, Jonesboro, GA | | 311,536.53 |
| Chase Card Services P.O. Box 15153 Wilmington, DE 19886 | Chase Card Services P.O. Box 15153 Wilmington, DE 19886 | Corporate Visa Account | | 38,260.82 |
| American Express, Inc. P.O. Box 650448 Dallas, TX 75265-0448 | American Express, Inc. P.O. Box 650448 Dallas, TX 75265-0448 | Corporate Credit Card Account | | 32,886.69 |
| Blue Cross and Blue Shield GA P.O. Box 6406 Carol Stream, IL 60197-6406 | Blue Cross and Blue Shield GA P.O. Box 6406 Carol Stream, IL 60197-6406 | Employee Medical Insurance | | 16,871.67 |
| Central Georgia EMC 923 South Mulberry Street Jackson, GA 30233-2398 | Central Georgia EMC 923 South Mulberry Street Jackson, GA 30233-2398 | Utilities- Electricity for 2455 Mt. Carmel Road, Hampton, GA location | | 11,724.42 |
| WPZE-FM Radio One Atlanta, Inc 101 Marietta Street NW 12th Floor Atlanta, GA 30303 | WPZE-FM Radio One Atlanta, Inc 101 Marietta Street NW 12th Fl Atlanta, GA 30303 | Contract for weekly radio airtime on Praise 102.5/102.9 WPZE-FM | | 9,800.00 |
| WHAT-FM Radio One Atlanta, Inc 101 Marietta Street NW 12th Floor Atlanta, GA 30303 | WHAT-FM Radio One Atlanta, Inc 101 Marietta Street NW 12th Fl Atlanta, GA 30303 | Contract for weekly radio airtime on Hot 107.9 WHAT-FM | | 6,400.00 |
| Sam's Club/Synchony Bank P.O. Box 530981 Atlanta, GA 30353-0981 | Sam's Club/Synchony Bank P.O. Box 530981 Atlanta, GA 30353-0981 | Account used for ministry and operational purposes | | 4,447.99 |

B4 (Official Form 4) (12/07) - Cont.

In re  Higher Living Christian Church, Inc.      Case No. _____
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| The Hartford Insurance Company<br>P.O. Box 660916<br>Dallas, TX 75266-0926 | The Hartford Insurance Company<br>P.O. Box 660916<br>Dallas, TX 75266-0926 | Property, Fire and Casualty Insurance | | 4,242.67 |
| SAGE Payment Solutions<br>1750 Old Meadow Road #300<br>Mc Lean, VA 22102 | SAGE Payment Solutions<br>1750 Old Meadow Road #300<br>Mc Lean, VA 22102 | Monthly Bankcard Merchant Fees | | 3,596.14 |
| Limelight Networks<br>32409 Collection Center Drive<br>Chicago, IL 60693 | Limelight Networks<br>32409 Collection Center Drive<br>Chicago, IL 60693 | Contract for network streaming service that allows HLCC to stream worship services | | 2,807.36 |
| Republic Services #800<br>P.O. Box 9001099<br>Louisville, KY 40290-1099 | Republic Services #800<br>P.O. Box 9001099<br>Louisville, KY 40290-1099 | Sanitation service for 2450 Mt. Zion Parkway, Jonesboro, GA location. | | 2,790.96 |
| ValleyCrest Landscape<br>P.O. Box 404083<br>Atlanta, GA 30384-4083 | ValleyCrest Landscape<br>P.O. Box 404083<br>Atlanta, GA 30384-4083 | Landscaping for 2455 Mt. Carmel Road, Hampton, GA | | 2,708.00 |
| Georgia Natural Gas<br>P.O. Box 105445<br>Atlanta, GA 30348-5445 | Georgia Natural Gas<br>P.O. Box 105445<br>Atlanta, GA 30348-5445 | Gas bill for 3 units rented by the 2450 Mt. Zion Parkway, Jonesboro, GA location | | 2,447.50 |
| Consolidated Copier Services,<br>124 Westridge Industrial Blvd.<br>McDonough, GA 30253 | Consolidated Copier Services,<br>124 Westridge Industrial Blvd.<br>McDonough, GA 30253 | Copier Maintenance and Usage Contract for 2455 Mt. Carmel Road, Hampton, GA 30228 | | 1,892.38 |
| The Guardian Insurance Co.<br>P.O. Box 677458<br>Dallas, TX 75267-7458 | The Guardian Insurance Co.<br>P.O. Box 677458<br>Dallas, TX 75267-7458 | Contract for employee dental insurance | | 1,686.58 |
| Georgia Power Electric Co.<br>96 Annex<br>Atlanta, GA 30396 | Georgia Power Electric Co.<br>96 Annex<br>Atlanta, GA 30396 | Acct # 08015-84010 and Acct #02526-95015 Electric bill for 3 of 3 units rented by Mt. Zion Parkway, Jonesboro, GA location | | 1,599.91 |
| ACS Technologies, Inc.<br>P.O. Box 202010<br>Florence, SC 29502-2010 | ACS Technologies, Inc.<br>P.O. Box 202010<br>Florence, SC 29502-2010 | Annual contract to support Financial and Membership Database System | | 1,302.00 |
| Office Depot<br>P.O.Box 88040<br>Chicago, IL 60680-1040 | Office Depot<br>P.O.Box 88040<br>Chicago, IL 60680-1040 | Corporate Account for ordering of office supplies and paper products | | 1,200.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Higher Living Christian Church, Inc.                                    Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO and Chairman of Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  January 5, 2015                    Signature  /s/ Andre Landers
                                                    Andre Landers
                                                    CEO and Chairman of Board of Directors

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re: Higher Living Christian Church, Inc.
Debtor(s)

Case No.
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO and Chairman of Board of Directors of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: January 5, 2015

/s/ Andre Landers
Andre Landers/CEO and Chairman of Board of Directors
Signer/Title

ACS Technologies, Inc.
P.O. Box 202010
Florence, SC 29502-2010


American Express, Inc.
P.O. Box 650448
Dallas, TX 75265-0448


ASCEND Technologies, Inc.
P.O. Box 1848
Loganville, GA 30052


Associated Paper
P.O. Box 80427
Conyers, GA 30013-8427


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Birch Communications
320 Interstate North Parkway,
Atlanta, GA 30339


Blue Cross and Blue Shield GA
P.O. Box 6406
Carol Stream, IL 60197-6406


Capital City Mechanical Serv.
4955 Avalon Ridge Parkway
Suite 100
Norcross, GA 30071


Central Georgia EMC
923 South Mulberry Street
Jackson, GA 30233-2398

Chase Card Services
P.O. Box 15153
Wilmington, DE 19886


Christian Copyright Licensing
17201 NE Sacramento Street
Portland, OR 97230


Christian Video Licensing Intl
P.O. Box 66970
Los Angeles, CA 90066


Cliff Fire Extinguisher, Co.
311 Bell Park Drive
Woodstock, GA 30188


Consolidated Copier Services,
124 Westridge Industrial Blvd.
McDonough, GA 30253


Crystal Springs, Inc.
6750 Discovery Blvd.
Mableton, GA 30126


DirectTV
P.O. Box 60036
Los Angeles, CA 90060-0036


Evangelical Christian Credit
955 West Imperial Highway
Brea, CA 92821-3815


Federal Express
P.O. Box 660481
Dallas, TX 75266-0481

```
Gary W. Marsh, Esq.
McKenna Long & Aldridge
Atlanta, GA 30308



General Storage-Lovejoy
1960 McDonald Road
Hampton, GA 30228



Georgia Department of Revenue
Bankruptcy Unit
P.O. Box 161108
Atlanta, GA 30321



Georgia Natural Gas
P.O. Box 105445
Atlanta, GA 30348-5445



Georgia Power Electric Co.
96 Annex
Atlanta, GA 30396



Hagemeyer North America Inc.
P.O. Box 404753
Atlanta, GA 30384-4753



Henry County Water Authority
100 Westridge Industrial Blvd.
McDonough, GA 30253



I Eplan 401K Services
700 N. Colorado Blvd., Suite 2
Denver, CO 80206



Internal Revenue Service
Centralized Insolvency Operati
P.O. Box 21126
Philadelphia, PA 19114-0326
```

J.G. Management, Inc.
P.O. Box 535674
Atlanta, GA 30353-5674

Konica Minolta Leasing Program
on DeLage Landen Financial Svs
P.O. Box 41602
Philadelphia, PA 19101-1602

Limelight Networks
32409 Collection Center Drive
Chicago, IL 60693

Loomis Armored Truck Service
2500 City West Blvd.
Suite 900
Houston, TX 77042

North Atlanta High School
4111 Northside Parkway
Atlanta, GA 30327

Office Depot
P.O.Box 88040
Chicago, IL 60680-1040

Paychex, Inc. Payroll Services
2970 Clairmont Road
Suite 800
Atlanta, GA 30329

Republic Services #800
P.O. Box 9001099
Louisville, KY 40290-1099

SAGE Payment Solutions
1750 Old Meadow Road #300
Mc Lean, VA 22102

Sam's Club/Synchony Bank  
P.O. Box 530981  
Atlanta, GA 30353-0981

Skyline Pest Solutions, LLC  
1745 Pennsylvania Avenue  
McDonough, GA 30253

State Farm Insurance  
P.O. Box 588002  
North Metro, GA 30029

The Guardian Insurance Co.  
P.O. Box 677458  
Dallas, TX 75267-7458

The Hartford Insurance Company  
P.O. Box 660916  
Dallas, TX 75266-0926

ThyssenKrupp Elevator Corp.  
Attn: Credit & Collections  
7481 N.W. 66th Street  
Miami, FL 33166-2801

UNUM Life Insurance Company  
2211 Congress Street  
Portland, ME 04122

ValleyCrest Landscape  
P.O. Box 404083  
Atlanta, GA 30384-4083

Verizon Wireless  
P.O. Box 660108  
Dallas, TX 75266-0108

```
WHAT-FM Radio One Atlanta, Inc
101 Marietta Street NW
12th Floor
Atlanta, GA 30303


WPZE-FM Radio One Atlanta, Inc
101 Marietta Street NW
12th Floor
Atlanta, GA 30303
```